ELLIOT ENOKI
United States Attorney
District of Hawaii

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR01-00161 HG |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | |
| ) | [17 U.S.C. § 506(a) and |
| JEFFERY O. PRICE, ) | 18 U.S.C. § 2319(b)(1)] |
| Defendant. ) | |

### INDICTMENT

The Grand Jury charges:

From an unknown date, but at least as early as February, 1998 continuing until in or around July 25 1998, in the District of Hawaii and elsewhere, the Defendant, JEFFERY O. PRICE, did willfully and for purposes of commercial advantage and private financial gain, infringe the copyright of various copyrighted works, to wit: *Not About A Romance* by Inner Circle; *The Only One For Me* by Brian McNight; *Zoot Suit Riot* by the Cherry Poppin Daddies, and *Say You'll Stay* by Kai; at least ten

copies of which the Defendant did reproduce and distribute within a 180-day period with a retail value of more than $2,500 without authorization of the copyright holder.

All in violation of Title 17, United States Code, Section 506(a) and Title 18, United States Code, Section 2319(b)(1).

DATED: \_\_\_\_May 2\_\_\_\_, 2001, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
OMER G. POIRIER
Assistant U.S. Attorney

USA v. JEFFERY O. PRICE
Cr. No. _____
"Indictment"

2